E-FILED
Friday, 18 February, 2022  03:07:47 PM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

FILED

FEB 7 2022

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

United States of America
v.

PATRICK CONNOR HYDE

Defendant(s)

)
)
)
)
)
)
)
)

Case No. 22-MJ-7013

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____12/31/2021 - 02/01/22_____ in the county of _____Champaign_____ in the
_____Central_____ District of _____Illinois_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2252A(a)(1) and (b)(1) | Trafficking Child Pornography |
| 18 U.S.C. §2252A(a)(2) and (b)(1) | Distribution and Receipt of Child Pornography |
| 18 U.S.C. §2252A(a)(5)(B) and (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See Affidavit of Special Agent John Gerrity, FBI attached hereto

☑ Continued on the attached sheet.

s/John Gerrity

_____
Complainant's signature

Special Agent John Gerrity, FBI
_____
Printed name and title

s/Eric Long

Sworn to before me and signed in my presence.

Date: _____02/04/2022_____

_____
Judge's signature

City and state: _____Urbana, Illinois_____

Eric I. Long, United States Magistrate Judge
_____
Printed name and title

## AFFIDAVIT

I, Special Agent John Gerrity, being duly sworn, do hereby depose and state:

I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been employed in this capacity since January 2016. I am currently assigned to a squad in the Champaign Resident Agency of the Springfield Division that investigates a wide variety of federal crimes, including violent crimes against children.

1.      I am personally involved in an investigation with other federal, state, and local law enforcement agencies into alleged criminal activities perpetrated by Patrick Connor Hyde ("Hyde"). The information contained in this affidavit is based upon a review of public and private records, undercover (UC) activity and other investigative activities conducted by law enforcement personnel assigned to this case.

2.      Because this Affidavit is provided for the limited purpose of establishing probable cause for an arrest warrant and criminal complaint, I have not included all information known to me regarding this investigation, but rather have set forth only those facts necessary to establish probable cause to believe that Hyde has committed the charged offense.

## STATUTORY AUTHORITY

3.      As noted above, this investigation concerns alleged violations of the following:

   a.      **Trafficking Child Pornography** in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1) prohibits any person from knowingly transporting or shipping, or attempting or conspiring to transport or ship, any visual depiction using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, by any means,

including by computer or mail, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

b.   **Distribution and Receipt of Child Pornography** in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1) prohibits any person from knowingly receiving or distributing, or attempting or conspiring to receive or distribute, any visual depiction using any means or facility of interstate or foreign commerce, or that has been mailed or shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproducing any visual depiction for distribution using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce or through the mails, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

c.   **Possession of Child Pornography** in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) prohibits a person from knowingly possessing or knowingly accessing with intent to view, or attempting or conspiring to do so, any material that contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, by any means, including by computer, or that was produced using materials that have been mailed or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

**The University of Illinois Urbana-Champaign Police Department Investigation**

4.       On December 9, 2021, the University of Illinois Urbana-Champaign ("UIUC") Police Department conducted a child pornography trafficking investigation and arrested an individual, D.M., for distributing child pornography using a social media messaging application. After his arrest, D.M. agreed to speak with investigators and told them that he had been in contact with another individual (later identified as Hyde) he

2

met on Omegele[1]. After chatting with this individual on Omegele, D.M. and the other individual moved to a secure, end-to-end encrypted platform, identified herein as Application A.[2] Users can communicate privately with other users or in groups using Application A.

5.      D.M. further explained that the individual he was chatting with on Application A claimed to have access to a child "who was approximately 12-14 years old." D.M. learned, through chat discussions, that the individual had sexual desires for this child, had touched her breasts, and attempted to touch her vagina. The individual had sent D.M. clothed photos of the child on Application A, but D.M. did not have them saved on any devices.

### The FBI Springfield Investigation

6.      On December 10, 2021, SA Gerrity reviewed D.M.'s cell phone, and opened Application A. SA Gerrity observed the messages between D.M. and the other individual that largely corroborated D.M.'s statements.

7.      An FBI online covert employee (OCE) took over D.M.'s account on Application A on or about December 10, 2021.

8.      Hyde did not respond to messages from the OCE until approximately December 30, 2021. At that time, the OCE indicated that he had access to a purported eight-year-old female and the individual expressed interest.

---

[1] Omegele is a free online chat website that allows users to socialize with others without the need to register.

[2] Law enforcement knows the identity of Application A, but its name is withheld from this document to protect the integrity of the ongoing undercover operation.

9.      Between December 30, 2021, and February 1, 2022, this individual shared at least 50 images and videos depicting Child Sex Abuse Material (CSAM) with the OCE, including the following:

    a.  On January 10, 2022, via Application A, a link to a Twitter page that was posted on January 9, 2022, at 2:29 PM. The 21 second video in the link depicted a prepubescent female, approximately eight years of age, fully nude with her genitals as the focal point of the video. The female was masturbating in the video.

    b.  On January 22, 2022, at 4:45 PM, via Application A, an image file that depicted a female, approximately ten years old, with her face as the focal point. There are three adult male penises resting on or near her face. A liquid appearing to be semen is smeared across her face.

    c.  On January 27, 2022, via Application A, an image file that depicted a female, approximately seven years old, standing nude while holding a cat covering her breasts. The female's genitals are exposed.

10.     The FBI sent an administrative subpoena to Application A for subscriber information of the user chatting with D.M. and later with the OCE. On December 23, 2021, Application A responded to the subpoena, but no pertinent subscriber information was provided.

11.     On January 27, 2022, the OCE and the other individual moved their chat to a different platform, hereinafter referred to as Application B.[3]

12.     The username on Application B was nearly identical to the username utilized on Application A.

13.     On January 28, 2022, the FBI sent an administrative subpoena to Application B. Later that day, Application B responded to the administrative subpoena.

14.     The results of the administrative subpoena revealed that this account was created on December 17, 2021 at 01:24:10 (UTC) with a registration IP address of 24.111.238.161.

15.     The IP address above resolved to the internet service provider (ISP) Midco. The account subscriber is in the name of Patrick Connor Hyde's wife, hereinafter referred to as D.E., at an apartment on the 1500 block of 35th Ave. SE, Minot ND. The address of the apartment is the same address that appears on Hyde's North Dakota driver's license.

16.     An additional IP address utilized by the user on Application B, 24.230.152.54, resolved to Midco, as well. The account owner was Coborn's Inc., 3208 16th St. SW, Minot, ND. Coborn's Inc. is the parent company of Cashwise, which is a grocery store located in Minot, ND.

17.     During the course of this investigation, the user told the OCE that he worked at a grocery store in North Dakota. Additionally, the FBI was able to determine

---

[3] Law enforcement knows the identity of Application B, but its name is withheld from this document to protect the integrity of the ongoing UC operation

through publicly available records checks that Hyde listed his place of employment as Cashwise.

18.     The results of the administrative subpoena also revealed that a phone number, 701-XXX-XX23, was associated with the user on Application B. A search of available FBI databases showed that this phone number was assigned to Hyde.

19.     Hyde also made a number of statements to the OCE during chat sessions about living in North Dakota, being about an hour from the Canadian border, and having access to an eleven-year-old child.

FURTHER AFFIANT SAYETH NAUGHT.

s/John Gerrity

_____
JOHN GERRITY
Special Agent
Federal Bureau of Investigation

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by electronic mail and telephone on February _7 th_, 2022.
s/Eric Long

ERIC I. LONG
United States Magistrate Judge

6